AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☑ Original ☐ 

CLERK'S OFFICE
A TRUE COPY
Oct 29, 2024
s/ D. Olszewski
Deputy Clerk U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Timing Advance "True Call" / LoCDBoR area search for all ) Case No. 24 MJ 238
records and unique device/user identifiers pertaining to Timing )
Advance / LoCDBoR location information during the dates, )
times and geographical boundaries listed in Attachment A. )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Eastern___ District of ___Wisconsin___
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___11/12/2024___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Honorable William E. Duffin___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  ___10/29/2024 at 11:10 a.m.___     ___William E. Duffin___
*Judge's signature*

City and state:  ___Milwaukee, WI___    Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>24-MJ-238 | Date and time warrant executed:<br>10/30/24  2:40 PM | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>SA Kevin Kaiser | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>- Timing Advance 'True Call' and LoCDBoR data to include six locations.<br><br>- To include IMSI and IMEI Identifiers<br><br>- See attachment A & B | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12-30-24

_____
Executing officer's signature

Kevin Kaiser / Special Agent
Printed name and title

# ATTACHMENT A

## Property to Be Searched

This warrant applies to a Timing Advance "True Call" / LoCDBoR area search for all records and unique device/user identifiers pertaining to Timing Advance / LoCDBoR location information during the following listed dates, times and geographical boundaries (T-Mobile & US Cellular to search **0.35 Miles** and AT&T to search **0.60 Miles** based on parameters below):

**Location #1**

GPS Coordinates: 43.102002, -88.02543

Date: October 09, 2024                Time: 3:15 AM – 3:45 AM (CST)

**Location #2**

GPS Coordinates: 43.10201408, -87.96686756

Date: October 09, 2024                Time: 3:45 AM – 3:55 AM (CST)

**Location #3**

GPS Coordinates: 43.0902669, -87.96707837

Date: October 09, 2024                Time: 4:27 AM – 4:37 AM (CST)

**Location #4**

GPS Coordinates: 43.09018, -87.96941

Date: October 09, 2024                Time: 11:30 AM – 12:00 PM (CST)

**Location #5**

GPS Coordinates: 43.08976, -87.97796

Date: October 09, 2024                Time: 11:45 AM – 12:15 PM (CST)

**Location #6**

GPS Coordinates: 43.06718, -88.04853

Date: October 09, 2024                Time: 12:50 PM – 1:20 PM (CST)

# ATTACHMENT B

## Items and Information to be seized and searched

All information that constitutes evidence of violations of 18 U.S.C. §§ 1951(a) and 924(c) committed on October 9, 2024, involving multiple unknown individuals, including location information and identifying information as specified below.

1. T-Mobile/US Cellular/AT&T shall provide responsive data for each search area described in Attachment A, and are required to disclose to the United States all records and other information (not including the contents of communications) about all communications made and all cellular device interactions with the network that have generated location information that falls within the defined search area during the corresponding timeframe(s) listed in Attachment A, including records that identify:

    a. The unique identifiers for each wireless device that generated a Timing Advance "true call" record within the search area for each location, including International Mobile Subscriber Identifiers ("IMSI", International Mobile Equipment ("IMEI"), and the make and model of the device;

    b. The starting and ending date/time of the connection along with the duration;

    c. For each communication with the network, the tower and the sector(s) (i.e. the face(s) of the tower(s)) that received a radio signal from the locally served wireless device for both starting and ending points of the communication;

    d. The service type for the communication; and;

    e. The estimated latitude and longitude (along with confidence level) and the distance from the tower for both the starting and ending points of the communication contained within the Timing Advance "True Call" records.

2. These records should include records about communications and cellular device interactions with the network that were initiated before or terminated after the

11

timeframe(s) identified in Attachment A if some part of the communication occurred during the relevant timeframe(s) listed in Attachment A.
3. It is anticipated that identifying information will be requested for devices whose characteristics meet any of the following criteria:
    a. Devices whose cellular network records; including distance from the tower and/or network derived latitude and longitude; are consistent with the facts of the investigation and/or would not solely reflect a device passing through.
4. However, it is noted that no subscriber information outside the initial search criteria is authorized by this warrant and additional legal process will be submitted.